UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY MEADOWS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DICKEY'S BARBECUE RESTAURANTS INC.,<br><br>    Defendant. | Case No.  15-cv-02139-JST<br><br>**ORDER DIRECTING SUPPLEMENTAL BRIEFING** |

Now before the Court is Defendant Dickey's Barbecue Restaurants, Inc.'s Motion to Compel Arbitration. ECF No. 15. The Court heard argument on the motion on August 20, 2015. For the reasons stated at the hearing, the Court now orders the parties to submit supplemental briefing on the following questions:

1.     Whether, in light of <u>Mortensen v. Bresnan Commc'ns, LLC</u>, 722 F.3d 1151, 1153 (9th Cir. 2013), this Court must conclude that the Texas choice-of-law provision in the parties' Franchise Agreements is valid, and apply that clause in this proceeding.

2.     Whether the arbitration clause of the Franchise Agreement is unconscionable or otherwise unenforceable under Texas law.

Plaintiffs will submit a brief of not more than ten pages addressing these topics by August 31, 2015. Defendants will submit a brief of not more than ten pages addressing these topics by September 7, 2015. The Court particularly seeks factually analogous, relevant authorities that the parties have not already cited.

/ / /

/ / /

/ / /

1   Unless the Court sets the matter for further argument, Dickey's motion will then stand
2   under submission.
3       IT IS SO ORDERED.
4   Dated:  August 27, 2015

_____
JON S. TIGAR
United States District Judge